447 F.2d 984
 Mrs. Elnora HARRIS et al., Plaintiffs-Appellants,
v.
Dr. H. A. FOSTER et al., Defendants-Appellees.
 No. 30908.
 United States Court of Appeals, Fifth Circuit.
 May 27, 1971.
 
 Appeal from the United States District Court for the Northern District of Georgia; Albert J. Henderson, Jr., Judge.
 Howard Moore, Jr., Peter E. Rindskopf, Atlanta, Ga., for plaintiffs-appellants.
 John T. Marshall, Randall L. Hughes, Atlanta, Ga., Willis G. Haugen, Newnan, Ga., James C. Owen, Jr., Griffin, Ga., Sanders, Mottola, Haugen, Wood & Goodson, Newnan, Ga., Beck, Goddard, Owen, Squires & Murray, Griffin, Ga., Attorneys for defendants-appellees.
 Before GEWIN, BELL and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966